**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICKY J. FRITCHMAN,        :  No. 692 MAL 2019

           Petitioner      :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

        v.                  :

MICHAEL D. OVERMYER,     :

           Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.